**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **WETRO LAN LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **WESTERN DIGITAL TECHNOLOGIES, INC.,** <br><br> **Defendant.** | **CIVIL ACTION NO. 2:15-cv-224** <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF WETRO LAN LLC'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff Wetro Lan LLC ("Wetro Lan") is a Texas limited liability company. Wetro Lan has no parent corporation, and no publicly held company owns 10% or more of its stock.

| | |
|---|---|
| Dated: February 17, 2015 | Respectfully submitted, <br><br> By: */s/ Austin Hansley* <br> **AUSTIN HANSLEY P.L.L.C.** <br> Austin Hansley <br> Texas Bar No.: 24073081 <br> Brandon LaPray <br> Texas Bar No.: 24087888 <br> 5050 Quorum Dr. Suite 700 <br> Dallas, Texas 75254 <br> Telephone: (469) 587-9776 <br> Facsimile: (855) 347-6329 <br> Email: Austin@TheTexasLawOffice.com <br> www.TheTexasLawOffice.com <br> **ATTORNEY FOR PLAINTIFF** <br> **WETRO LAN LLC** |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Austin Hansley*
Austin Hansley